IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
<u>CIVIL RIGHTS DIVISION</u>

**RECEIVED**

MAY 2 5 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James B. Seider,
Plaintiff, pro se

**06cv2923**
**JUDGE DARRAH**
**MAGISTRATE MASON**

vs

Illinois Department of Corrections,
MSR/Parole Department/Prisoner Review Board,
et. al

MOTION FOR INJUNCTION
DENIAL OF DUE PROCESS
CRUEL AND UNUSUAL PUNISHMENT
DENIAL OF HEARINGS/STANDARD OF FAIRNESS AND JUCTICE
DENIAL OF PERSONAL LIBERTIES AND FREEDOM

Now comes, James B. Seider, Plaintiff, pro se in the
above caption cause of action.

This Plaintiff, is being denied certain rights that are
setforth in the Illinois State Constitution, and that of
the United States Constitution;

This Plaintiff, was paroled from the Illinois Department
of Corrections, on 02-03-06,whereas the Illinois Department
of, via the Illinois Department of (Prisoner Review Board),
Order said Plaintiff to serve 90 days on Electronic Detention
or better know as House Arrest for the said period of 90.
days. This Plaintiff, signed a agreement with the Prisoner
Review Board, to said terms stated by them. On his MSR status
and the Plaintiff's counselor at Illinois River Correctional
Center, stated that as long as I obey all their RULES and
Regulations, that I would be released from this Order.

Yet, on the 04-21-06, I was advised by my Parole AGENT,
that the terms was changed and I would have to compete 21,

Page II

more months, this is being done without the benefit of a
hearing, or moreso, that I have violated any of the terms of my
setforth release agreement.

On the 15th of May, 2006, I was taken in handcuff's to the
MSR/PArole Department headquarters by my parole agent. I talked
to the  supervisor Mr. Dixon, who stated that I was to serve the
rest of my parole of 21 months on this Electronic Detention,
because they felt like going so. He Mr. Dixon, said that I
belong back in prison, and another agent Montgomery came into to
the room, and started yelling at me, and stated that I liked
"being behind this black thing" and was trying to get me to say
something so they could violate me and return me to Stateville
Correctional Center as a violator, they kept saying this and
that (hoping that I would get out of pocket) so they could
violate me..on my trip back home handcuffed, my agent stated
that I could not date or have female company...until further
notice..that i was not allow to have females in my HOME, or
be with them.

Also, I am being denied the following for no reason(s) or
violations;

        a. no pets

        b. no pool inwhich I have one in
           my back yard

        c. no computer, which I was given
           permission by my agent to buy one,
           then he stated for no reason(s) I
           could no longer use it to seek
           employement or pay my bills..

        d. no wine/beer/liquor in my home
           (no reason given)..

        e. was denied medical care by the
           Veterans Hospital/denied movement
           for shopping and taking care of
           of business needs as well as
           personal needs for 5days twice.

Page III

I have files a grivance with the Prisoner Review Board
which was referred to the MSR/parole department, and I have
filed with the Circuit Court of Cook County, Skokie Division,
which was denied, no reason stated.

I was sentenced to 8 years for PCS, and the Illinois
Department of Corrections added an extra 2 years of MSR
or Parole, as I had agreement with the State's Attorney for
a term of 8 years, and then the Illinois Department of
Corrections placed an extra 2 year sentence, without any
reason or violation on my part.

I am not unable to return to a normal life style and become
a useful member of the socity which the IDOC states is their
overall goal, but, it seems that all the MSR/Parole people
want is to violate and return the parolee back to prison..

Your Honor, I pray that you allow me to present my case
before this Honorable Court and show the misdeeds of the
IDOC, and that of the Illinois Department of Corrections..

And allow me to have my rights re-stored under the
**CONSTITUTION  OF THE STATE OF ILLINOIS, AND THAT OF THE UNITE
STATES OF AMERICAN.**

I pray that you grant this hearing and my appearance into
these issues setforth in this petition for justice.


May 16th, 2006

Respectfully,

James B. Seider
4504 N. Melvina Ave.
Chicago, Il. 60630

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT-CRIMINAL DIVISION

MUNICIPAL DEPARTMENT SECOND DISTRICT SUBURAN


James B. Seider, pro se
Plaintiff,

vs

Case# 02CR-15397-01

Illinois Department of Corrections,
and
Illinois Parole Department/Prisoner Review Board
et al.


MOTION TO FILE LEAVE TO ALLEAL TO
THE ILLINOIS SUPREME COURT

MOTION FOR INJUNCTION/STAY


Now, comes, James B. Seider, Pliantiff, pro se in the above
caption cause of action.

This Plaintiff, is seeking that this Honorable Court, grant
the above request, that this Plaintiff, be allowed to file
hs just cause of action with the Illinois Supreme Court.
This Plaintiff, also, seekings that this Honorable Court,
grant an INJUNCTION, as to this Plaintiff's placement on
MSR/Parole status until this matter is heard before the
Illinois Supreme Court, As, this Plaintiff, is being denied
certain privileges and rights due him under the Illinois
Consitution and that of the United State's Consitution
whereas this Plaintiff, is being denied his First Admenment
rights.
This Plainiff, is being denied to own a PET, USE HIS COMPUTER
USE HIS POOL, ATTEND CHURCH SERVICES, AND OTHER PRIVILEGES
AND RIGHTS.

Page II

Wherefore, this Plaintiff, respectfully seeking said orders
be granted forethwith. And that an INJUNCTION be enter as
to allow this Plaintiff, to seek justice.

04-01-06

Respectfully Requesting,

James B. Seider, n-13827

4504 N. Melvina Ave.
Chicago,Il. 60630

To: The Illinois department of Corrections
    Prisoner Review Board/Grievance Committee

From: James B. Seider
      N-13827
      4504 N. Melvina Ave.
      Chicago,Il. 60630

Subject: Denial of Certain Rights and Privileges
         Contitutional Rights and State's Rights


    Dear Grievance Committee Chairperson,

       At this writing, I would like to grieve these issues

    that are being setforth:

        a. denial to own a pet
        b. denial to use my computer for seeking information
           deal with making money to pay my bills. To pay my
           bills on-line.  To order certain items on-line.
           I was given permission to buy said computer from
           my MSR agent, then I was denied to use of it.
        c. denial the use of my pool
        d. denial of having a  legal aged female over to my
           home. The MSR agents stated that I was not allowed
           to have female-compandship until I was off of parole
           statue.

         e. being placed on denial of movement for 5 days
            for no reason. Not being allowed to go to the
            store for personal needs as FOOD, and stamps to
            pay my bills.

        f. seeking to be allowed to attend church services:

        g. denial to have beer or liquior in my home.

I am seeking that these issued be addressed and that I be
allowed to have these privileges and rights restored forthwith.

I am seeking a timely hearing into these violation of my rights
and privileges.

4-6-6                                        Respectfully,

cc
Attorney Alan Spitz,
111 W. Washington, Chicago,Il. 60602
and
Director of the IDOC

State of Illinois
Department of Corrections

## ELECTRONIC HOME DETENTION RULES

I, __SEIDER, JAMES_____, hereby agree to comply with the rules and
regulations of Electronic Home Detention:

I shall remain within the interior premises or within the property boundaries of my residence at
all times during the hours designated by the Illinois Department of Corrections.

I shall admit any person or agent designated by the Illinois Department of Corrections into my
residence at any time for purposes of verifying my compliance with the conditions of my
detention.

I shall make necessary arrangements to allow for any person or agent designated by the Illinois
Department of Corrections to visit my place of education or employment at any time, based upon
the approval of the educational institution, employer, or both, for the purpose of verifying my
compliance with the conditions of my detention.

I shall acknowledge and participate with the approved electronic monitoring device provider as
designated by the Illinois Department of Corrections at any time for the purpose of verifying my
compliance with the conditions of my detention.

I shall maintain the following:

    (1)   a working telephone in my home;
    (2)   a monitoring device in my home, or on my person, or both; and
    (3)   a monitoring device in my home, or on my person in the absence of a telephone.

I shall obtain approval from the Illinois Department of Corrections before changing any term or
condition of Electronic Home Detention.

I shall not commit another crime while subject to Electronic Home Detention as a condition of
Mandatory Supervised Release.

I am aware that violating the terms of Electronic Home Detention may subject me to prosecution
for the crimes of Escape or Violation of Parole/Mandatory Supervised Release.

I will abide by other conditions set forth by the Illinois Department of Corrections.

I have read and understand all of the rules of the Electronic Home Detention program.

_____      _____2-30-06_____
Participant's Signature                  Date

_____      _____2-30-06_____
Witness                          Date

We certify that today _____ was placed on parole or Mandatory Supervised Release with
Electronic Home Detention as a condition. The above-named inmate refused to sign this form in violation of 730
ILCS 5/5-8A-5(A). In light of the inmate's refusal, the Electronic Home Detention Rules were explained to, and to
the best of our knowledge understood by, the inmate.

_____      _____
Witness                          Date

_____      _____
Witness                          Date

State of Illinois
County of Cook

## AFFIDAVIT OF SERVICE

I, James B. Seider, Plainiff, pro se being duly sworn state
that I have served the attached motion on the parties listed
below, by placing a true and correct copy in an envelope
addressed as shown below, with the proper US postage on each
and depsoiting the envelopes in the post office mail-box
in Chicago,Illinois 60630.

On the 17th of May, 2006.

Illinois Department of Corrections
1301 Concordia Court
Springfield, Il.

State's Attorney Office of Cook County
2600 S. California
Chicago,Il.

James B. Seider

May 16th, 2006